UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 19-cv-62543-Altman/Hunt

IGNATIOS KAZOGLOU,

    Plaintiff,

vs.

AMERICAN EXPRESS
NATIONAL BANK and
NATIONWIDE CREDIT, INC.,
    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, IGNATIOS KAZOGLOU, pursuant to F. R. C. P. 41(a) voluntarily dismisses this action against Defendant, AMERICAN EXPRESS NATIONAL BANK pursuant to agreement of the parties.

        Debt Shield Law
        3440 Hollywood Blvd., Suite 415
        Hollywood, FL 33021
        Tel:    305-776-1805
        Fax:   305-503-9457
        legal@debtshieldlawyer.com
        joel@debtshieldlawyer.com

        */s/ Joel D. Lucoff*
        Joel D. Lucoff
        Fla. Bar No. 192163

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 19-cv-62543-Altman/Hunt

IGNATIOS KAZOGLOU,

    Plaintiff,

vs.

AMERICAN EXPRESS
NATIONAL BANK and
NATIONWIDE CREDIT, INC.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>March 29, 2020</u>, I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  */s/ Joel D. Lucoff*
                                                  Joel D. Lucoff

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF